Henry S. Lawrence et al., as Administrators of William H.
Lawrence, Deceased, Respondents, *v.* The Niagara Fire
Insurance Company, Appellant.

*Lawrence v. Niagara Fire Ins. Co.,* 2 App. Div. 267, affirmed.
(Argued October 21, 1897; decided November 23, 1897.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 26, 1896, which affirmed a judgment in favor of
plaintiffs entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*P. J. C. De Angelis* for appellant.

*Joseph Larocque, Jr.,* for respondents.

Judgment and order affirmed on opinion below, with costs.
All concur.

---

George B. Ferguson, by Guardian ad Litem, Respondent,
*v.* Marshall N. Smith et al., Appellants.

*Ferguson v. Smith,* 15 Misc. Rep. 251, affirmed.
(Argued October 22, 1897; decided November 23, 1897.)

Appeal from a judgment of the General Term of the
Superior Court of Buffalo, entered December 30, 1895, which
affirmed a judgment in favor of plaintiff entered upon a ver-
dict, and also affirmed an order denying a motion for a new
trial.

*Adolph Rebadow* for appellants.

*Harry D. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.